

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2023

No. 04-22-00289-CR

Chad Wade **SPENCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2101019
Honorable Russell Wilson, Judge Presiding

# O R D E R

On October 7, 2022, appellant filed a pro se motion asking us to abate this appeal and "order the appointment of new appellate counsel." "Appointment of new counsel is a matter solely within the discretion of the trial court." *Solis v. State*, 792 S.W.2d 95, 100 (Tex. Crim. App. 1990). Accordingly, in the interest of justice, we **GRANT** appellant's motion and **ABATE** this appeal. We **ORDER** the clerk of this court to forward appellant's October 7, 2022 "Motion Requesting Abatement of Appeal and Appointment of New Appellate Counsel" to the trial court, the attorney for the state, and appellant's current counsel of record. We **ORDER** the trial court to: (1) hold a hearing on appellant's motion; (2) determine whether appellant is entitled to the appointment of new appellate counsel; and (3) sign an order either appointing new counsel or denying appellant's motion **by March 1, 2023**. We further **ORDER** the District Clerk of Wilson County and the court reporter to file supplemental clerk's and reporter's records containing: (1) any motions or other filings related to this matter; (2) the trial court's order on appellant's October 7, 2022 motion; (3) the trial court's order appointing new counsel, if any; and (4) the transcript of the trial court's hearing on this matter **by March 13, 2023**.

In light of this order, we **WITHDRAW** our December 7, 2022 on-briefs submission of this case. This appeal will be re-submitted at a later date.

It is so **ORDERED** January 30, 2023.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT